[No. 15140-5-II.     Division Two.    June 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN
MICHAEL SHERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 91-1-00104-6, Milton R. Cox, J., entered July 2,
1991. *Affirmed* by unpublished opinion per Houghton, J.,
concurred in by Morgan, C.J., and Alexander, J.


[No. 15335-1-II.     Division Two.    June 20, 1994.]

CLALLAM COUNTY, *on the Relation of David H.
Bruneau, as Prosecuting Attorney, Appellant*, v.
BERNARD BARNES III, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clallam
County, No. 90-2-00492-1, Leonard W. Kruse, J., entered
September 24, 1991. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Seinfeld, A.C.J., and Hough-
ton, J.


[No. 16104-4-II.     Division Two.    June 20, 1994.]

FRANK P. SERVEN, ET AL, *Appellants*, v. BUFFELEN
WOODWORKING Co., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-2-04025-4, E. Albert Morrison, J., entered
May 14, 1992. *Affirmed* by unpublished opinion per Alexan-
der, J., concurred in by Morgan, C.J., and Houghton, J.


[No. 12667-6-III.     Division Three.    June 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
McQUEEN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 92-1-00181-4, Albert J. Yencopal, J., entered
August 17, 1992. *Reversed* by unpublished opinion per
Sweeney, J., concurred in by Thompson, C.J., and Schultheis,
J.